No. 74–5582.  CARROL *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5590.  VESTER *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 74–5592.  COSCO *v.* MEACHAM, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 74–5596.  SHINE *v.* CALIFORNIA.  Ct. App. Cal., 4th 'App. Dist.  Certiorari denied.

No. 74–5601.  DUARTE *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5606.  RAMIREZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–441.  MEIER *v.* BOLDT, U. S. DISTRICT JUDGE. C. A. 9th Cir.  Certiorari denied.  See *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. 74–551.  LEE ET AL. *v.* ARROWOOD, CO-EXECUTOR, ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 74–586.  WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. *v.* MEANS.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 73–1823.  VAN GUNDY ET AL. *v.* UNITED STATES, *ante,* p. 1004; and

No. 73–1824.  NEW ORLEANS BOOK MART, INC., ET AL. *v.* UNITED STATES, *ante,* p. 1007.  Petitions for rehearing denied.